IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Carol A. Wilson, Administrator, et al. | : | |
| | : | Case No. 2:15-CV-2708 |
| | : | |
| Plaintiffs, | : | Judge Frost |
| | : | |
| v. | : | Magistrate Judge Deavers |
| | : | |
| Alek J. Allen Equipment Co. (D/B/A | : | |
| Alek J. Allen Equipment Co., Inc.) | : | |
| | : | |
| Defendant. | : | |

## DEFAULT JUDGMENT ENTRY

This matter is before the Court upon Plaintiffs' Motion for Default Judgment. Upon consideration of the foregoing, the Court finds that Defendant is in default for failure to plead to the Complaint and that a default judgment is authorized and appropriate pursuant to Rule 55(b)(1) of the Federal Rules of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** and **ADJUDGED** that judgment is entered in favor of Plaintiffs, Carol A. Wilson, et al., and against Defendant Alek J. Allen Equipment Co. (D/B/A, Alek J. Allen Equipment Co., Inc.) as follows:

1. Audit findings/delinquent contributions for the period February 1, 2014 to September 1, 2014 in the amount of $22,161.24;

2. Interest in the amount of $5,341.40 calculated to October 15, 2015, plus $10.93 per day thereafter as long as the judgment remains unpaid;

3. Statutory interest in the amount of $5,341.40 calculated to October 15, 2015, plus $10.93 per day thereafter as long as the judgment remains unpaid;

4.         Attorney fees in the amount of $950.00 and court costs in the amount of $400.00.

/s/  GREGORY L. FROST
Gregory L. Frost
United States District Judge